U.S. DISTRICT COURT  
SOUTHERN DISTRICT OF NEW YORK

N  
Index # 07 CV 3530

Plaintiff(s)  
SHEET METAL WORKERS' NATIONAL PENSION FUND, ET AL.,

- against -

AFFIDAVIT

Jeffrey S. Dubin  
464 New York Ave.#100  
Huntington, NY 11743

Defendant(s)  
PRECISION TESTING & BALANCING, INC., AND FRED BROMBERG,  
AS AN INDIVIDUAL, ET ANO.,

Court Date:  
Your File No:  
Our Rec. No: 256349

STATE OF NEW YORK: COUNTY OF NASSAU: ss:

David Levine LIC#778982, being duly sworn deposes and says deponent is not a party  
to this action and is over the age of eighteen and resides in the State of New York.

That on 05/14/07 at 3;28PM at:

    1785 NEREID AVENUE Floor 2
    BRONX, NY  10466

deponent served the within SUMMONS & COMPLAINT IN A CIVIL ACTION, JUDGE'S INDIVIDUAL**  
on FRED BROMBERG, AS AN INDIVIDUAL recipient therein named.

Service was made in the following manner after your deponent was  
unable with due dilligence to serve the recipient in person:

By delivering a true copy thereof to and leaving with MR. SMITH##-CO-WORKER  
a person of suitable age and discretion at 1785 NEREID AVE., 2ND FLOOR, BRONX, NY 10466  
the said premises being the recipient's place of business  
within the State of New York.  
A description of the recipient or other person served on behalf of the recipient is as follows:  
Approximate Age: 60       Approximate Weight: 185      Approximate Height: 5'9  
Color of Skin: WHITE           Color of Hair: GRAY              Sex: MALE  
###REFUSED NAME    **RULES & INSTRUCTIONS, PROCEDURES & GUIDELINES  
                    FOR FILING AN ELECTRONIC CASE

Spoke w/ MR. SMITH##-CO-WORKER on 05/14/07 who confirmed his/her nonmilitary status.

Deponent also mailed a copy(ies) of same post paid by first class mail properly addressed to  
defendant(s) at the aforementioned address in an envelope marked 'personal & confidential'  
and not indicating that the communication was from an attorney or concerned an action against  
the defendant(s) and deposited said envelope in a post office depository under exclusive care  
and custody of the United States Postal Service within New York State on 05/17/07.

Deponent asked the person spoken to whether the defendant was presently in the military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not. Your deponent further says that he knew the person so served to be the person mentioned and described in said legal papers as defendant/respondent therein. Your deponent is over the age of 18 years and is not a party to this action.

Sworn to before me this date 05/17/07  
Bruce J Smilowitz #01SM4965926  
Notary Public, State of New York  
Nassau County  Commission Expires 04/30/2010

David Levine LIC#778982