```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

SHEET METAL WORKERS' NATIONAL PENSION
FUND; NATIONAL ENERGY MANAGEMENT
INSTITUTE COMMITTEE FOR THE
SHEET METAL AND AIR CONDITIONING
INDUSTRY; SHEET METAL OCCUPATIONAL
HEALTH INSTITUTE TRUST; INTERNATIONAL
TRAINING INSTITUTE FOR THE SHEET METAL
AND AIR CONDITIONING INDUSTRY; AND
NATIONAL STABILIZATION AGREEMENT
OF THE SHEET METAL INDUSTRY FUND,

       Plaintiffs,

CIVIL ACTION NO.
07 CV 03530 (HB/DCF)

RULE 7.1 STATEMENT

-AGAINST-

PRECISION TESTING & BALANCING, INC., AND
FRED BROMBERG, as an individual, and
LOUIS BROMBERG, as an individual,
       Defendants.

Defendants.
_____

  Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant, Precision Testing & Balancing, Inc., (a private non-governmental party) certifies that the following are corporate parents, affiliates, and/or subsidiaries of said party, which are publicly held.

       NONE

Dated: June 12, 2007

                  ___s/ Howard M. Katz___
                  Signature of Attorney
                  Attorney Bar Code: 8914