UNITED STATES DISTRICT COURT
<u>SOUTHERN DISTRICT OF NEW YORK</u>

SHEET METAL WORKERS' NATIONAL PENSION
FUND; NATIONAL ENERGY MANAGEMENT
INSTITUTE COMMITTEE FOR THE
SHEET METAL AND AIR CONDITIONING
INDUSTRY; SHEET METAL OCCUPATIONAL
HEALTH INSTITUTE TRUST; INTERNATIONAL
TRAINING INSTITUTE FOR THE SHEET METAL
AND AIR CONDITIONING INDUSTRY; AND
NATIONAL STABILIZATION AGREEMENT
OF THE SHEET METAL INDUSTRY FUND,
                       Plaintiffs,

CIVIL ACTION NO.
07 CV 03530 (HB/DCF)

-AGAINST-

<u>ANSWER</u>

PRECISION TESTING & BALANCING, INC., AND
FRED BROMBERG, as an individual, and
LOUIS BROMBERG, as an individual,
                       Defendants.
_____

      Defendants, by their attorney, Howard M. Katz, Esq., answering the complaint, allege as follows:

      1. Defendants refer to the original documents referred to in plaintiff's complaint and designated as paragraphs 6, 7, 8, 9, and 10.

      2. Defendants deny each and every allegation marked as paragraphs 11 and 12 contained in plaintiffs' complaint.

      3. Defendants deny each and every allegation of plaintiffs' first claim for relief and marked as paragraphs 13 and 14.

      4. Defendants deny each and every allegation of plaintiffs' second claim for relief and marked as paragraph 16.

      5. Defendants deny each and every allegation of plaintiff's third claim for relief and marked as paragraph 18.

      6. Defendants deny each and every allegation of plaintiff's fourth claim for relief and marked as paragraph 20.

7.  Defendants deny each and every allegation of plaintiff's fifth claim for relief and marked as paragraph 22.

8.  Defendants deny each and every allegation of plaintiff's sixth claim for relief and marked as paragraphs 24 and 25.

9.  Defendants deny each and every allegation of plaintiff's seventh claim for relief and marked as paragraphs 27 and 28.

10. Defendants deny each and every allegation of plaintiff's eighth claim for relief and marked as paragraphs 30, 31 and 32.

11. Defendants deny each and every allegation of plaintiff's ninth claim for relief and marked as paragraphs 34, 25 and 36.

### AS AND FOR A FIRST AFFIRMATIVE DEFENSE

12. Defendant sued herein as Fred Bromberg is an improper party.

### AS AND FOR A SECOND AFFIRMATIVE DEFENSE

13. Defendant sued herein as Louis Bromberg is an improper party.

WHEREFORE, Defendants' demand judgment dismissing plaintiff's complaint in all respects.

Dated: New York, New York
       June 12, 2007

>                    s/ Howard M. Katz
>                    Howard M. Katz
>                    HK-8914
>                    Attorney for Defendants
>                    225 Broadway  Suite 1203
>                    New York, N.Y.  10007
>                    212-732-3435