UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHEET METAL WORKERS' NATIONAL PENSION FUND; NATIONAL ENERGY MANAGEMENT INSTITUTE COMMITTEE FOR THE SHEET METAL AND AIR CONDITIONING INDUSTRY; SHEET METAL OCCUPATIONAL HEALTH INSTITUTE TRUST; INTERNATIONAL TRAINING INSTITUTE FOR THE SHEET METAL AND AIR CONDITIONING INDUSTRY; AND NATIONAL STABILIZATION AGREEMENT OF THE SHEET METAL INDUSTRY FUND,

                Plaintiffs,

CIVIL ACTION NO.
07 CV 03530 (HB/DCF)

AFFIDAVIT OF SERVICE

-AGAINST-

PRECISION TESTING & BALANCING, INC., AND FRED BROMBERG, as an individual, and LOUIS BROMBERG, as an individual,

                Defendants.

STATE OF NEW YORK  )
COUNTY OF NEW YORK)ss.:

    I, Howard M. Katz, being duly sworn, say: I am not a party to the action, am over 18 years of age and reside at New York, N.Y.

    On June 12, 2007 I served the within Answer by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address for each name:

Jeffrey S. Dubin, Esq.
264 New York Avenue
Suite 100
Huntington, NY 11743

                                                s/ Howard M. Katz
                                                  Howard M. Katz

Sworn to before me this
12th day of June, 2007

s/ Veronica Mora
Veronica Mora
Notary Public, State of New York
No. 01M06038692
Commission Expires March 20, 2010