ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/19/07

HAROLD BAER
U.S. DISTRICT JUDGE
S.D.N.Y

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHEET METAL WORKERS' NATIONAL PENSION FUND; NATIONAL ENERGY MANAGEMENT INSTITUTE COMMITTEE FOR THE SHEET METAL AND AIR CONDITIONING INDUSTRY; SHEET METAL OCCUPATIONAL HEALTH INSTITUTE TRUST; INTERNATIONAL TRAINING INSTITUTE FOR THE SHEET METAL AND AIR CONDITIONING INDUSTRY; AND NATIONAL STABILIZATION AGREEMENT OF THE SHEET METAL INDUSTRY FUND,
            Plaintiffs,

CIVIL ACTION NO.
07 CV 03530 (HB/DCF)

-AGAINST-

STIPULATION

PRECISION TESTING & BALANCING, INC., AND FRED BROMBERG, as an individual, and LOUIS BROMBERG, as an individual,
            Defendants.

It is hereby Stipulated And Agreed by and between the attorney for Plaintiffs and the attorney for Defendants the time of Defendants to Appear, Answer or otherwise move is extended through and including June 14, 2007.

Dated: New York, New York
May 31, 2007

_____
Jeffrey S. Dubin, Esq.
Attorney for Plaintiffs
464 New York Avenue
Suite 100
Huntington, NY 11743
(631)351-0300

Dated: 6/12/07

_____
Howard M. Katz
Attorney for Defendants
225 Broadway
Suite 1203
New York, NY 10007
(212)732-3435

SO ORDERED:

_____
, USDJ